```
United States Bankruptcy Court
Northern District of Alabama
```

In re:                                                                  Case No. 17-81452-CRJ
Betty Harris                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8      User: admin           Page 1 of 1              Date Rcvd: Mar 15, 2019
                          Form ID: van407       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.
```
db         +Betty Harris,    2701 Brett Road,    Huntsville, AL 35810-3304
cr         +Home Investment Fund II LP c/o SN Servicing Corpor,    323 5th Street,    Eureka, CA 95501-0305
9376335    +Franklin Collection Service, Inc,    Po Box 3910,    Tupelo, MS 38803-3910
9494787    +Home Investment Fund II LP,    323 Fifth Street,    Eureka, CA 95501-0305
9376337    +MDS/Medical Data Systems,    2001 9th Ave,    Ste 312,    Vero Beach, FL 32960-6413
9376338    +Merchants Ad,    56 N Florida St,    Mobile, AL 36607-3108
9422565    +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Jefferson,
             Capital Systems,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9376340    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
9376341     Sirote & Permutt PC,    PO Box 55727,    Birmingham, AL 35255-5727
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 03:02:11     LVNV Funding LLC,
             c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
9376333    +E-mail/Text: bankruptcies@alliancecollectionservice.com Mar 16 2019 02:59:33
             Alliance Collection Service, Inc,    Po Box 49,    Tupelo, MS 38802-0049
9376332    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 16 2019 02:58:26
             Bayview Financial Loan,    4425 Ponce De Loan,    Miami, FL 33146-1873
9376334    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 16 2019 03:00:53     Capital One,
             Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
9489797     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 03:00:20
             LVNV Funding, LLC its successors and assigns as,    assignee of PRS Assets, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9376336    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 02:55:35
             Mci,   Cas Dept,    500 Technology Dr,    Weldon springs, MO 63304-2225
9376339     E-mail/Text: bankruptcy@republicfinance.com Mar 16 2019 02:59:05     Republic Finance,
             282 Tower Rd.,    Ponchatoula, LA 70454
9434436    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 16 2019 03:02:16     Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++REPUBLIC FINANCE LLC,    282 TOWER RD,    PONCHATOULA LA 70454-8318
             (address filed with court: Republic Finance, LLC,    282 Tower Rd.,    Ponchatoula, LA  70454)
                                                                                             TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
```
              Jacob Pippin Mauldin    on behalf of Creditor    FCI LENDER SERVICES jmauldin@rubinlublin.com,
               lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jd
               abbs2@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
              Jacob Pippin Mauldin    on behalf of Creditor    HOME INVESTMENT FUND II LP
               jmauldin@rubinlublin.com,
               lcaplan@rubinlublin.com;nbrown@rubinlublin.com;akhosla@rubinlublin.com;mhashim@rubinlublin.com;jd
               abbs2@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com
              John C. Larsen    on behalf of Debtor Betty  Harris john@jlarsenlaw.com,
               lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com
              Michele T. Hatcher    ecf@ch13decatur.com, michele.hatcher@ch13decatur.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                              **Case No.** 17−81452−CRJ13
Betty Harris                                           **Chapter** 13
**SSN:** xxx−xx−1884

      **Debtor(s)**

## ORDER GRANTING TRUSTEE'S MOTION TO LIMIT NOTICE

    The Trustee having filed a Motion under Rule 3015(g) of the Bankruptcy Rules for an Order limiting notice of the Trustee's proposed Motion to Modify Plan, and it appearing to the Court that limiting notice of the proposed Motion is appropriate, it is therefore

    **ORDERED, ADJUDGED, and DECREED** that the Motion is **APPROVED**. The Trustee is authorized to limit notice to the debtor(s), debtor(s) attorney, any party requesting notice and any creditor affected by the proposed Motion to Modify Plan under Rule 3015(g) of the Bankruptcy Rules as requested.

Dated:   March 15, 2019

                                                  /s/ Clifton R. Jessup Jr.
                                                  United States Bankruptcy Judge